JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE C. R., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. CV 22-4857 AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for further proceedings as stated in the Opinion and Order filed concurrently herewith.

DATED: August 18, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge